PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Rudy Vines  **Docket Number:** 02-00915-001
 **PACTS Number:** 34810

**Name of Sentencing Judicial Officer:** Honorable Dennis M. Cavanaugh

**Date of Original Sentence:** 11/03/2003

**Original Offense:** Firearms & Weapons

**Original Sentence:** 95 months imprisonment; 3 years supervised release.

**Type of Supervision:** supervised release  **Date Supervision Commenced:** 3/31/10

**Assistant U.S. Attorney:** Richard Constable, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** John Yauch, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On November 22, 2010, Vines was arrested and charged by the Irvington, NJ Police Department with 1) Possession of Marijuana, 2) Possession with Intent to Distribute Marijuana, and 3) Possession of Crack/Cocaine. |
| 2 | The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On February 9, 2011, Vines was arrested and charged by the Irvington, N.J. Police Department with Possession of Marijuana. |
| 3 | The offender has violated the mandatory supervision condition prohibiting unlawful drug use. |

PROB 12C - Page 2
Rudy Vines

On January 3, 2011, January 20, 2011, and February 2, 2011, Vines tested positive for marijuana.

I declare under penalty of perjury that the foregoing is true and correct.

By: Nancy Hildner
Senior U.S. Probation Officer
Date: 2/17/11

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons.  Date of Hearing: WED. MARCH 30, 2011 @ 10 AM.
[ ] No Action
[ ] Other

Signature of Judicial Officer

3/16/11
Date

Dennis M. Cavanaugh
U.S. District Judge