**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

RICHARD COUGHLIN
FEDERAL PUBLIC DEFENDER

1002 BROAD STREET
NEWARK, NEW JERSEY 07102

(973) 645-6347 Telephone
(973) 645-3101 Facsimile
(973) 297-4807 Facsimile

CHESTER M. KELLER
FIRST ASSISTANT

June 27, 2011

Honorable Dennis M. Cavanaugh
United States District Judge
U.S Post Office & Courthouse
Federal Square
Newark, NJ 07101

Re: United States v. Vines
D.C. No. 02-915

Dear Judge Cavanaugh:

　　Enclosed please find proposed order extending the voluntary surrender date for Mr Vines. I have communicated with both Vikas Khanna, the Assistant U.S. Attorney handling this matter and Nancy Hildner, the U.S. Probation Officer handling this matter, and they consent to same.

　　Mr Vines was sentenced by the Court on May 16, 2011 to, among other things, a 4 month prison sentence for violating the conditions of supervised release. He was to surrender to start serving his prison term on June 30, 2011. On June 25, 2011 Mr Vines as assaulted and shot three times in Irvington, New Jersey. He is currently receiving treatment at University Hospital in Newark. The additional time requested should allow Mr Vines to recover and surrender to authorities.

　　Thanks you for your consideration of this matter.

Respectfully,

John H. Yauch
Assistant Federal Public Defender

cc: Vikas Khanna
　　Nancy Hildner

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :
                                  :
            v.                    :   ORDER EXTENDING SURRENDER
                                  :      DATE
                                  :
                                  :   D.C. No. 02-915

RUDY VINES

This matter having come before the Court on the application of defendant, Rudy Vines, (by John H. Yauch, Assistant Federal Public Defender) for an Order extending the date by which defendant must surrender to serve his custodial sentence imposed in this matter, and the United States ( by Vikas Khanna, Assistant U.S. Attorney) having consented thereto, and for good cause shown;

IT IS on this 28 day of June, 2011, HEREBY ORDERED that:

1. That the defendant, Rudy Vines, is hereby ordered to self surrender to serve his prison term on August 18, 2011.

HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE