UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :
                                  :
           v.                     : SECOND ORDER EXTENDING
                                  :    SURRENDER DATE
                                  :
                                  : D.C. No. 02-915

RUDY VINES

This matter having come before the Court on the application of defendant, Rudy Vines, (by John H. Yauch, Assistant Federal Public Defender) for a second Order extending the date by which defendant must surrender to serve his custodial sentence imposed in this matter, and the United States ( by Vikas Khanna, Assistant U.S. Attorney) having consented thereto, and for good cause shown;

IT IS on this 17th day of AUG, 2011, HEREBY ORDERED that:

1. That the defendant, Rudy Vines, is hereby ordered to self surrender to serve his prison term on September 21, 2011.

HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE

consented to,
_____
Vikas Khanna, Esq.

_____
John Yauch, Esq.