UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :

            CRIMINAL NO. 02-915 (DMC)

v.

            ORDER AMENDING CONDITIONS OF
            SENTENCE

RUDY VINES

This matter having been brought before the Court on the application of defendant, Rudy Vines, by his attorney, John H. Yauch, Esq., Assistant Federal Public Defender, for an Order amending conditions of sentence imposed on May 16, 2011 and the United States, by Vikas Khanna, Assistant U.S. Attorney, having consented thereto, and the United States Probation Office, by Nancy Hildner, United States Probation Officer, having consented thereto and good cause shown,

IT IS ON this 19 day of Oct, 2012,

ORDERED that the condition of previously imposed sentence requiring 4 months in a community corrections center is hereby vacated, and,

FURTHER ORDERED that all other condition of sentence remain intact.

                                            HONORABLE DENNIS M. CAVANAUGH
                                            UNITED STATES DISTRICT JUDGE

consented to by:

_[signature]_
Vikas Khanna, Esq.

_[signature]_
Nancy Hildner, USPO

_[signature]_
John H. Yauch, AFPD